IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-105 |
| v. | INDICTMENT |
| SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," and DEON ELLEASE COOPER, | T. 18 U.S.C. § 922(a)(6) T. 18 U.S.C. § 922(g)(3) T. 18 U.S.C. § 922(o) T. 18 U.S.C. § 924(a)(1)(A) T. 18 U.S.C. § 924(a)(2) T. 18 U.S.C. § 924(a)(8) |
| Defendants. | T. 18 U.S.C. § 924(c)(1)(A)(i) T. 18 U.S.C. § 924(c)(1)(B)(i)(i) T. 18 U.S.C. § 932(b)(1) T. 18 U.S.C. § 932(c)(1) T. 18 U.S.C. § 933(a)(1) T. 18 U.S.C. § 933(a)(2) T. 18 U.S.C. § 933(a)(3) T. 18 U.S.C. § 933(b) T. 21 U.S.C. § 841(a)(1) T. 21 U.S.C. § 841(b)(1)(D) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Straw Purchasing Conspiracy)

On or about June 25, 2022, in the Southern District of Iowa, the defendants, DEON ELLEASE COOPER and SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," conspired with each other to knowingly purchase a firearm, namely: a Diamond Back, model DB-19, 5.56-caliber pistol, with serial number DB2608951, in or otherwise affecting commerce for, on behalf of, or at the request or demand of SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," knowing or having reasonable cause to believe that SANTIZ CORTEZ LANGFORD

1

JR., also known as "Tiz" and "Tizwick," was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about June 25, 2022, in the Southern District of Iowa, the defendant, DEON ELLEASE COOPER, in connection with the acquisition of a firearm, namely: a Diamond Back, model DB-19, 5.56-caliber pistol, with serial number DB2608951, from JT Guns and Supply LLC in Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (False Statement During Purchase of a Firearm)

On or about June 25, 2022, in the Southern District of Iowa, the defendant, DEON ELLEASE COOPER, knowingly made a false statement and representation to JT Guns and Supply in Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns and Supply in Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Straw Purchasing Conspiracy)

On or about October 22, 2022, in the Southern District of Iowa, the defendants, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," and SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," conspired with each other to knowingly purchase a firearm, namely: a Ruger, model Five Seven, 5.7x28-millimeter pistol, with serial number 643-70485; and a Glock, model G27, .40 caliber pistol, with serial number BYAF079, in or otherwise affecting commerce for, on behalf of, or at the request or demand of SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," knowing or having reasonable cause to believe that SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (False Statement During Purchase of a Firearm)

On or about October 22, 2022, in the Southern District of Iowa, the defendant, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," in connection with the acquisition of a firearm, namely: a Ruger, model Five Seven, 5.7x28-millimeter pistol, with serial number 643-70485; and a Glock, model G27, .40 caliber pistol, with serial number BYAF079, from JT Guns and Supply LLC in Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (False Statement During Purchase of a Firearm)

On or about October 22, 2022, in the Southern District of Iowa, the defendant, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," knowingly made a false statement and representation to JT Guns and Supply in Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns and Supply in Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>
**(Firearms Trafficking Conspiracy)**

On a date unknown, but between October 22, 2022, and January 23, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," conspired with an individual known to the Grand Jury to transfer a firearm, namely: a Ruger, model Five Seven, 5.7x28-millimeter pistol, with serial number 643-70485, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by this individual, a minor whose identity is known to the Grand Jury, would constitute a felony; and conspired to receive said firearm, knowing or having reasonable cause to believe that the minor's receipt of the firearm would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(1), 933(a)(2), 933(a)(3), and 933(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (Straw Purchasing of a Firearm)

On or about October 29, 2022, in the Southern District of Iowa, the defendant, DEON ELLEASE COOPER, knowingly purchased a firearm, namely: a Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BYGE189, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," knowing or having reasonable cause to believe that SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," was an unlawful user of, or addicted to, a controlled substance, or conspired to do so.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
### (False Statement During Purchase of a Firearm)

On or about October 29, 2022, in the Southern District of Iowa, the defendant, DEON ELLEASE COOPER, in connection with the acquisition of a firearm, namely: a Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BYGE189, from Sportsman's Warehouse 120 in Ankeny, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (False Statement During Purchase of a Firearm)

On or about October 29, 2022, in the Southern District of Iowa, the defendant, DEON ELLEASE COOPER, knowingly made a false statement and representation to Sportsman's Warehouse 120 in Ankeny, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sportsman's Warehouse 120 in Ankeny, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (Firearms Trafficking)

On a date unknown, but between October 29, 2022, and February 10, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," received a firearm, namely: a Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BYGE189, knowing or having reasonable cause to believe that his receipt of the firearm would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(2) and 933(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 12
### (Straw Purchasing of a Firearm)

On or about January 3, 2023, in the Southern District of Iowa, the defendant, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," knowingly purchased a firearm, namely: a Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BXHG838, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," knowing or having reasonable cause to believe that SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," was an unlawful user of, or addicted to, a controlled substance, or conspired to do so.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 13
### (False Statement During Purchase of a Firearm)

On or about January 3, 2023, in the Southern District of Iowa, the defendant, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," in connection with the acquisition of a firearm, namely: a Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BXHG838, from Rangemaster Training Center in Clive, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (False Statement During Purchase of a Firearm)

On or about January 3, 2023, in the Southern District of Iowa, the defendant, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," knowingly made a false statement and representation to Rangemaster Training Center in Clive, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Rangemaster Training Center in Clive, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15
### (Firearms Trafficking)

On a date unknown, but between January 3, 2023, and February 10, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," received a firearm, namely: a Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BXHG838, knowing or having reasonable cause to believe that his receipt of the firearm would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(2) and 933(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 16
### (Unlawful User in Possession of a Firearm)

On or about February 10, 2023, in the Southern District of Iowa, the defendant, DAWN ELLEASE ROBINSON, also known as "Dawn Ellease Colbert," in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a loaded Smith and Wesson, model Bodyguard, .380 caliber pistol, with serial number KHX6781; and

2. a loaded Bersa, model Thunder, .380 caliber pistol, with serial number E48291.

At the time of the offense, the defendant knew she was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 17**</u>
**(Possession with Intent to Distribute a Controlled Substance)**

On or about February 10, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 18
**(Possession of a Firearm in Furtherance of Drug Trafficking Crime)**

On or about February 10, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," knowingly possessed a firearm, namely, one or more of the following firearms:

1. a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 29, ten-millimeter pistol, with serial number BDGC181;

2. a loaded Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BXHG838; and

3. a loaded Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BYGE189.

The defendant possessed one or more of these firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, violations of Title 21, United States Code, Section 841(a)(1), as set forth in Count 17 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 19
**(Unlawful User in Possession of a Firearm)**

On or about February 10, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 29, ten-millimeter pistol, with serial number BDGC181;

2. a loaded Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BXHG838; and

3. a loaded Glock, model 20 Gen 4, ten-millimeter pistol, with serial number BYGE189.

At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

**<u>COUNT 20</u>**
**(Illegal Possession of a Machinegun)**

On or about February 10, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," in and affecting commerce, knowingly possessed a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 29, ten-millimeter pistol, with serial number BDGC181, when recovered.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 21
### (Unlawful User in Possession of a Firearm)

On or about April 18, 2023, in the Southern District of Iowa, the defendant, SANTIZ CORTEZ LANGFORD JR., also known as "Tiz" and "Tizwick," in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model 32, .357 caliber pistol, with serial number DRF572US. At the time of the offense, the defendant knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _KMHerrera_
Kristin M. Herrera
Mallory E. Weiser
Assistant United States Attorneys