IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 4:23-CR-105 |
| | ) |
| SANTIZ CORTEZ LANGFORD JR., | ) GOVERNMENT'S EXHIBIT |
| also known as "Tiz" and "Tizwick," | ) LIST IN SUPPORT OF |
| DAWN ELLEASE ROBINSON, | ) DETENTION |
| also known as "Dawn Ellease Colbert," and | ) |
| DEON ELLEASE COOPER, | ) |
| | ) |
| Defendants. | ) |

The United States of America respectfully submits the following list of exhibits in support of its Motion for Detention. The government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description |
|---|---|
| 1 | Langford – 23rd St. shooting video |
| 2 | Langford – pistol video |
| 3 | Langford – gun with silencer video |
| 4 | Langford – rifle in car video |
| 5 | Langford – tan handgun, marijuana grow video |
| 6 | Langford – AR-15, Glock with switch video |
| 7 | Langford – Glock with switch and drum magazine video |
| 8 | Langford – music video |

1

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:     */s/ Kristin M. Herrera*
Mallory E. Weiser
Kristin M. Herrera
Assistant United States Attorneys
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Mallory.Weiser@usdoj.gov
Kristin.Herrera@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail ____ Fax ___Hand Delivery
__X__ECF/Electronic filing    ___Other means

UNITED STATES ATTORNEY

By: */s/Hillary Kruse, Paralegal Specialist*